# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0648

VERSUS

FRANKLIN CHURCH                                    **AUG 0 5 2019**

---

In Re:    Franklin Church, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No. 12-
          FELN-028283.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** The records of the Livingston Parish Clerk's
Office reflect that the district court denied relator's
application for postconviction relief on March 11, 2019.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT